IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMARA TALLMADGE,
    Plaintiff,

v.                                           Case No. 3:19cv71/LAC/EMT

ANDREW SAUL, Commissioner of
Social Security,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 30, 2020 (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner is **REVERSED**, the Commissioner is ordered to remand this case to the Administrative Law Judge for further

proceedings consistent with the report and recommendation (ECF No. 15), and the Clerk is directed to enter judgment and close the file.

**DONE AND ORDERED** this 2nd day of March, 2020.

                           *s/L.A. Collier*
                           **LACEY A. COLLIER**
                           **SENIOR UNITED STATES DISTRICT JUDGE**