UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMARA TALLMADGE,
    Plaintiff,

vs.                                           Case No.: 3:19cv71/LAC/EMT

ANDREW SAUL,
Commissioner of Social Security,
     Defendant.
_____/

## **ORDER**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 30, 2020 (ECF No. 21). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

      Having considered the Report and Recommendation, I have determined it should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Plaintiff's construed Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 18) is **GRANTED** as follows:

a. Plaintiff is awarded fees in the amount of $6,822.90, for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA). The fee award is subject to an offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States.

b. Costs in the amount of $400.00 are also awarded to Plaintiff, to be paid from the Judgment Fund administered by the United States Treasury.

c. If Plaintiff receives all or any portion of the EAJA fee award, it must be mailed to her in care of her attorney, Robert Ian MacLaren, III, Soloway Law Firm, 1013 Airport Blvd., Pensacola, FL 32504.

**DONE AND ORDERED** this 31st day of August, 2020.

      s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv71/LAC/EMT